Plaintiff's Affidavit for Temp Restrain Order

## Affidavit

a. Sutton House market is over $600,000 for property with a house.

b. Defendant wants to sell house for $245,000 without the repairs.

c. Value in dispute is between $100,000-180,000

d. Once furniture is removed, then Plaintiff has NO recourse. Pros Se plaintiff needs help to STOP action.

— If no only, Plaintiff forced nail doors shut.

Karen E Barword, Pro Se
7/8/05