UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN E. BARNARD,
          Plaintiff,

v.                              Civil Action No. 05-40113-FDS

RICHARD K. ANDREW,
          Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES
AND FURTHER ORDER

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒    **The Complaint for Ex Parte Temporary Restraining Order having been denied on July 8, 2005 for failure to state a cause of action and a basis for the Court's subject matter jurisdiction, and for failure to comply with Fed. R. Civ. P. 65(b), it is FURTHER ORDERED that the above captioned case shall be dismissed after thirty-five (35) days, unless the Plaintiff files a Complaint stating a cognizable legal claim and indicating the basis for the subject matter jurisdiction of this Court.**

SO ORDERED.

7.18.05
DATE

F. DENNIS SAYLOR IV
UNITED STATES DISTRICT JUDGE