```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

Karen Barnard,
       Plaintiff
                                           CIVIL ACTION
    v.                               NO. 05-40113-FDS

Richard K. Andrew,
       Defendant

## ORDER OF DISMISSAL

**SAYLOR, D.J.**

    Plaintiff not having complied with this Court's Order of 7/18/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                        By the Court,

    <u>   12/7/05   </u>                           <u>/s/ Martin Castles</u>
        Date                                 Deputy Clerk
                                                508-929-9904

**(Dismendo.ord - 09/92)**